PAUL L. SYLVESTER     *     NO. 2024-C-0310

VERSUS     *     COURT OF APPEAL

MICHAEL D. SANTONE,     *     FOURTH CIRCUIT
OCHSNER FOUNDATION
HOSPITAL, ABC COMPANY,     *     STATE OF LOUISIANA
AND XYZ INSURANCE
COMPANY     *

    *

* * * * * * *

DNA

**ATKINS, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE JOHNSON.**